# Court of Appeals of the State of Georgia

ATLANTA,   September 25, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0039. SPRATT HOWARD v. THE STATE.**

Spratt Howard was convicted of armed robbery and sentenced to life without parole pursuant to the mandatory sentencing provisions for recidivist offenders under OCGA § 17-10-7 (c). We affirmed his conviction and sentence on appeal. *Howard v. State*, 233 Ga. App. 724 (505 SE2d 768) (1998), overruled in part, *Wilson v. State*, 277 Ga. 195, 199 (2) (586 SE2d 669) (2003). Howard filed an extraordinary motion for new trial and a "Motion to Declare Sentence Null, Void, and Not Authorized by Law." The trial court denied the motions on July 14, 2015, and Howard filed this application for discretionary appeal on September 10, 2015. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days after entry of the order sought to be appealed. OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Thus, Howard's failure to timely file this application deprives this Court of jurisdiction to consider it.  See *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).  Accordingly, this application is hereby DISMISSED. Howard's motion to expedite and demand for remand are DISMISSED as MOOT.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*___09/25/2015___
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____, *Clerk.*